UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN - 4 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

MOHSEN KHOSHMOOD, )
)
Plaintiff, )
)
v. ) Civil Action No. 17-2437 (UNA)
)
EASTERN MARKET MANAGEMENT, )
)
Defendant. )

## MEMORANDUM OPINION

The plaintiff alleges that, on September 25, 2016, "[o]ne of the Eastern Market manager[s] with two security guards [followed him] for reasons unknown to [him.]" Compl. at 1. "Every time [plaintiff] would stop to talk to any Sales persons on the sidewalk, they would tell the sales people not to talk to [him]." *Id.* Plaintiff called the police, and the responding officer allegedly "punched [plaintiff] in the stomach," arrested and handcuffed him, and "brought [him] to jail" where he remained for 47 days. *Id.*

Federal district courts have jurisdiction in civil actions arising under the Constitution, laws or treaties of the United States. *See* 28 U.S.C. § 1331. In addition, federal district courts have jurisdiction over civil actions where the matter in controversy exceeds $75,000, and the suit is between citizens of different states. *See* 28 U.S.C. § 1332(a). The complaint vaguely mentions discrimination and hints at an unlawful arrest. It does not, however, articulate a claim arising under the United States Constitution or federal law, and the plaintiff does not demonstrate federal question jurisdiction. The plaintiff does not demonstrate diversity jurisdiction either. All the parties appear to be citizens of the District of Columbia, and the complaint does not indicate whether the amount in controversy exceeds $75,000.

The Court will grant the plaintiff's application to proceed *in forma pauperis* and dismiss the complaint without prejudice for lack of subject matter jurisdiction. An Order is issued separately.

DATE: ~~December~~ ~~2017~~
January 2, 2018

United States District Judge